## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No.   09-cv-00621-PAB-KMT | FTR |
| **Date:**   July 21, 2009 | Debra Brown, Deputy Clerk |
| LAUREL LEE BUESCHER<br>SUN 'N SEA REAL ESTATE, PA | Pro se<br>Pro se |

                    Plaintiffs.

v.

SHERYL ROGERS, et al.

                    Defendants.

---

### COURTROOM MINUTES / MINUTE ORDER

---

**PRELIMINARY SCHEDULING CONFERENCE**

**Court in Session: 9:01 a.m.**

Court calls the case. Appearance by plaintiff, pro se.

Discussion regarding the status of the case and Plaintiff's "Motion to Stay" [Document #5, filed July 17, 2009 and Document #6, filed July 20, 2009].

**ORDERED:**   Plaintiff's Motion to Stay [Document #5, filed July 17, 2009] is denied as moot.

**ORDERED:**   Plaintiff's Motion to Stay [Document #6, filed July 20, 2009] is **GRANTED.** This matter is **STAYED** until further Order of Court. Plaintiff shall file monthly status report beginning **September 01, 2009** regarding the case status of the Florida action.

**ORDERED:**   Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

**Court in Recess: 9:07 a.m.**
Total In-Court Time 0:06, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.