IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-00621-PAB-KMT

LAUREL LEE BUESCHER, an individual, and
SUN 'N SEA REAL ESTATE, PA, a Florida corporation,

    Plaintiffs,

v.

SHERYL ROGERS, an individual,
ROGERS LAW FIRM, and
GOLDMAN ROBBINS ROGERS PA,

    Defendants.

## ORDER

    This matter is before the Court *sua sponte*. On May 23, 2011, United States Magistrate Judge Kathleen M. Tafoya filed a Recommendation [Docket No. 44] recommending that plaintiffs' case be dismissed with prejudice for failure to prosecute. The Recommendation, however, did not advise the parties that objections to the Recommendation must be filed within fourteen days after its service on the parties. *See* 28 U.S.C. § 636(b)(1). Although Richard E. Torpy is still listed as plaintiffs' counsel, plaintiffs have indicated that they are currently proceeding pro se. *See* Docket No. 39. Therefore, the Court advises plaintiffs that they have fourteen days from the date of this order to serve and file any written objections to the Recommendation in order to obtain reconsideration by the Court. *See* Fed. R. Civ. P. 72. The failure to do so may bar plaintiffs from receiving a *de novo* determination by the Court of the Recommendation and may also bar plaintiffs from appealing the factual findings of the magistrate judge

that are accepted or adopted by the Court.  See 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Raddatz*, 447 U.S. 667, 676-83 (1980).  It is further

**ORDERED** that the Clerk of the Court is directed to send a copy of this order to plaintiff Laurel Lee Buescher at her last known address, 230 Deland Avenue, Indialantic, Fl 32901.

DATED June 23, 2011.

BY THE COURT:

 /s Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge