IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-00621-PAB-KMT

LAUREL LEE BUESCHER, an individual, and
SUN N SEA REAL ESTATE, PA, a Florida corporation,,

    Plaintiffs,

v.

SHERYL ROGERS, an individual,
ROGERS LAW FIRM, and
GOLDMAN, ROBBINS ROGERS PA,

    Defendants.

---

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION AND DISMISSING CASE**

---

    This matter is before the Court on the Recommendation of United States Magistrate Judge Kathleen M. Tafoya filed on May 23, 2011 [Docket No. 44]. The Recommendation was served on May 25, 2011. *See* Docket No. 45. On June 23, 2011, the Court issued an order [Docket No. 47] advising plaintiffs that objections to the Recommendation must be filed within fourteen days of the date of the order. *See also* 28 U.S.C. § 636(b)(1)(C). No party has objected to the Recommendation.

    In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party

objects to those findings"). In this matter, I have reviewed the Recommendation to satisfy myself that there is "no clear error on the face of the record."[1]  See Fed. R. Civ. P. 72(b), Advisory Committee Notes. Based on this review, I have concluded that the Recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1.   The Recommendation of United States Magistrate Judge [Docket No. 44] is ACCEPTED.

2.   Plaintiffs' Complaint [Docket No. 1] is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41, D.C.COLO.LCivR 41.1, and *Ehrenhaus v. Reynolds*, 965 F.2d 916 (10th Cir. 1992).

3.   Defendants' Motion to Dismiss with Prejudice [Docket No. 30] is DENIED as moot.

DATED July 26, 2011.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review. Fed. R. Civ. P. 72(b).